**Harry Schuman, defendant in error, v. Mercantile Motor Insurance
Exchange and Consolidated Insurance Agencies, plaintiffs in error.
Gen. No. 28,335.**

Suit on insurance policy against theft of automobile. Judgment
for plaintiff. Error to the Municipal Court of Chicago; the Hon.
F. J. Campbell, Judge, presiding. Heard in the second division
of this court for the first district at the October term, 1923. Af-
firmed on remittitur. Opinion filed January 22, 1924.

Rankin & Lustfield, for plaintiffs in error. Herman Herson, for defendant in error; Milton A. Kallis, of counsel.

Mr. Justice Fitch delivered the opinion of the court.